The People of the State of Illinois, Plaintiff-Appellee, *v.* Willie Range, Jr. *et al.*, Defendants-Appellants.

(No. 56132; ▉▉▉▉▉▉▉▉

First District (3rd Division)—January 17, 1974.

Opinion by Mr. JUSTICE MEJDA.

James J. Doherty, Public Defender, of Chicago (Shelvin Singer, Assistant Public Defender, of counsel), for appellants.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Sharon Grossman, Assistant State's Attorneys, of counsel), for the People.